Certificate Number: 06531-MA-DE-036598994

Bankruptcy Case Number: 22-40406



06531-MA-DE-036598994

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2022, at 6:03 o'clock AM CDT, David A Stebbins completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date:   June 7, 2022              By:    /s/Stephanie Kjetland

                                  Name:  Stephanie Kjetland

                                  Title: Credit Counselor