United States Bankruptcy Court

District of Massachusetts

In re:                                                 Case No. 22-40406-edk

David A. Stebbins                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4                      User: admin                    Page 1 of 2

Date Rcvd: Aug 30, 2022             Form ID: 318              Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A. Stebbins, 169 Mendon Roasd, Sutton, MA 01590-2339 |
| 20694018 | + | Zwiwcker & Associates, P.C., 200 Minuteman Road, Andover, MA 01810-1047 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJBALDIGA.COM | Aug 31 2022 02:18:00 | Joseph H. Baldiga, Mirick, O'Connell, DeMallie & Lougee, 1800 West Park Drive, Suite 400, Westborough, MA 01581-3960 |
| smg | + | Email/Text: duabankruptcy@detma.org | Aug 30 2022 22:13:00 | CHIEF COUNSEL, LEGAL DEPARTMENT, DEPARTMENT OF UNEMPLOYMENT ASSISTANCE, COMMONWEALTH OF MASSACHUSETTS, 19 STANIFORD STREET,1ST FLOOR, Boston, MA 02114-2502 |
| smg | | EDI: MASSDOR | Aug 31 2022 02:18:00 | MASS DEPT OF REVENUE, BANKRUPTCY UNIT, PO BOX 9564, Boston, MA 02114-9564 |
| 20694005 | + | Email/Text: legal@arsnational.com | Aug 30 2022 22:13:00 | ARS National Services, Inc, PO Box 469046, Escondido, CA 92046-9046 |
| 20694006 | | EDI: BANKAMER.COM | Aug 31 2022 02:18:00 | Bank of America, PO Box 15019, Wilmington, DE 19886 |
| 20694007 | + | EDI: TSYS2 | Aug 31 2022 02:18:00 | Barclay Card Services, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 20694008 | + | EDI: CAPITALONE.COM | Aug 31 2022 02:18:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 20694010 | | EDI: DISCOVER.COM | Aug 31 2022 02:18:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 20694011 | | EDI: IRS.COM | Aug 31 2022 02:18:00 | Internal Revenue Service, PO Box 9112, JFK Building, Insolvency Group Stop 20800, Boston, MA 02203 |
| 20694016 | | EDI: JPMORGANCHASE | Aug 31 2022 02:18:00 | Subaru Motors Finance/Chase, PO Box 78101, Phoenix, AZ 85062 |
| 20694009 | | EDI: JPMORGANCHASE | Aug 31 2022 02:18:00 | Chase Bank, Cardmember Services, PO Box 1423, Charlotte, NC 28201 |
| 20694012 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 30 2022 22:13:00 | Midland Credit Management, 350 Cammino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 20694013 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 30 2022 22:13:00 | Midland Credit Management LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 20694014 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com | Aug 30 2022 22:13:00 | NES of Ohio, 2479 Edison Blvd , Unit A, |

Case 22-40406   Doc 13   Filed 09/01/22   Entered 09/02/22 00:24:27   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0101-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: 318 | Total Noticed: 18 |

| | | | | |
|---|---|---|---|---|
| | | | | Twinsburg, OH 44087-2476 |
| 20694015 | ^ | MEBN | Aug 30 2022 22:09:36 | Northstar Location Services, LLC, 4285 Genessee Street, Buffalo, NY 14225-1943 |
| 20694017 | + | EDI: RMSC.COM | Aug 31 2022 02:18:00 | Synchrony Bank, PO Box 530939, Atlanta, GA 30353-0939 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2022           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig T. Ornell | on behalf of Debtor David A. Stebbins ornelllawoffice@yahoo.com |
| Joseph H. Baldiga | jbaldiga@mirickoconnell.com  jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com |
| Richard King | USTPRegion01.WO.ECF@USDOJ.GOV |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David A. Stebbins<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6223<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | District of Massachusetts | |
| Case number: | 22–40406 | |

## Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David A. Stebbins

8/30/22                                           **By the court:**   Elizabeth D. Katz
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**