UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   David A. Stebbins ,
         Debtor

Chapter: 7
Case No: 22–40406
Judge Elizabeth D. Katz

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hereby **ORDERED** that Joseph H. Baldiga, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:9/2/22

By the Court,

Elizabeth D. Katz
U.S. Bankruptcy Judge